UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEL MARIN,<br><br>  Plaintiff,<br><br>v.<br><br>LARRY DALE ROSS, JR. AND ROADRUNNER SCOOTERS LLC,<br><br>  Defendants. | Case No.: 23CV2083<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO RECONSIDER AND REOPENING THE CASE** |

As the Court previously explained, because Plaintiff failed to establish "good cause" why the contents of his application should be shielded from public view, his motion to seal his application to proceed in forma pauperis (IFP) was DENIED. Dkts. 2, 3, 4, 5; *see Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 109698, 1102 (9th Cir. 2016). Plaintiff must either (1) file an IFP motion or (2) pay the civil filing fee by April 1, 2024. The Court cautions Plaintiff that failure to do either by April 1, 2024 will result in dismissal of this case.

1

Accordingly, the Court GRANTS Plaintiff's motion to reconsider dismissal of the case and ORDERS the clerk of the court to reopen Plaintiff's case because Plaintiff notified the Court that he never received notice of the Court's January 3, 2024 minute order.

**IT IS SO ORDERED**.

Dated: March 12, 2024

_____
Honorable Jinsook Ohta
United States District Judge